UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW JOHNSON,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,

    Defendant.

Case No. 17-cv-00387-JPG-RJD

## MEMORANDUM and ORDER

This matter comes before the Court on plaintiff Matthew Johnson's Motion (Doc. 9) for Service of Process at Government Expense.

Federal Rule of Civil Procedure 4(c)(3) provides that, at the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal. It further requires that if the plaintiff was authorized to proceed *in forma pauperis*, the Court must order service by a United States marshal or deputy marshal.

In this case, the plaintiff was denied authorization to proceed *in forma paueris* (Doc. 8) and his motion gives no justification on why service by a United States marshal at government expense is necessary. As such, plaintiff's Motion (Doc. 9) for Service of Process at Government Expense is **DENIED**.

**IT IS SO ORDERED.**

**DATED:** 6/14/2017

                                          *s/J. Phil Gilbert*
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**