# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW JOHNSON,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,

    Defendant.

Case No. 3:17-cv-00387-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED without prejudice**.

DATED: December 12, 2017

                                **JUSTINE FLANAGAN,**
                                **Acting Clerk of Court**

                                **BY:** s/Tina Gray
                                        **Deputy Clerk**

**Approved:**
*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**